**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANCENER GABRIEL,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:06-cv-329-Orl-31JGG**

**COVERT PAINTING, INC.,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement (Doc. 25), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreement is approved; however Paragraph 2D is excluded since the settlement agreement has been filed in the public record of this Court and is not, therefore, confidential.  The case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE